IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Janita E. Gregory and Janita E. Gregory, as parent and legal guardian for J.B., <br><br> Plaintiffs, <br><br> vs. <br><br> Adjova F. Prather, <br><br> Defendant. | Case No. 2:12-0726-PMD <br><br><br> **ORDER** |

The Summons and Complaint in the above referenced matter were filed on March 12, 2012, almost a year ago. Pursuant to FRCP 4(m) if more than one hundred twenty (120) days have elapsed since the filing of the Summons and Complaint and no service has been effected upon the defendant, the court shall dismiss the action without prejudice. Now therefore, it is

ORDERED that the Complaint in this matter is herewith dismissed *without prejudice* for lack of prosecution.

IT IS SO ORDERED.

PATRICK MICHAEL DUFFY
United States District Judge

February 22, 2013
Charleston, South Carolina